IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| MI WINDOWS & DOORS, INC., | CIVIL ACTION NO. 2:07-cv-01233-GLL |
|---|---|
| Plaintiff, | (Electronically filed) |
| v. | |
| SOUTHEASTERN FREIGHT LINES, INC., | |
| Defendant. | |

## ORDER OF COURT

AND NOW this 21st day of January, 2008, it is hereby ORDERED, ADJUDGED and DECREED that all proceedings in this case are stayed for ninety (90) days, or until April 21, 2008.

BY THE COURT

*/s/ Lancaster*