# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MI WINDOWS & DOORS, INC., <br> Plaintiff, <br> v. <br> SOUTHEASTERN FREIGHT LINES, INC., <br> Defendant. | Civil Action No. 2:07-cv-01233-GLL <br><br> **ORDER** <br><br> (FILED ELECTRONICALLY) |

AND NOW this 9th day of September, 2008, upon consideration of defendant's Motion to Adjourn the Status Conference of September 12, 2008, IT IS HEREBY ORDERED that the Motion is GRANTED and said status conference will now be held before the undersigned on Monday September 22, 2008 at 11 AM. Furthermore, said status conference will now be held by phone and the Court will initiate the conference call. Participating counsel shall contact chambers and provide their direct dial telephone numbers in advance.



129671.00601/30333862v.1