# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MI WINDOWS & DOORS, INC., <br> Plaintiff, <br> v. <br> SOUTHEASTERN FREIGHT LINES, INC., <br> Defendant. | Civil Action No. 2:07-cv-01233-GLL <br><br> (FILED ELECTRONICALLY) |

## MOTION FOR RECONSIDERATION OF SOUTHEASTERN FREIGHT LINES, INC. PURSUANT TO FED. R. CIV. P. 59(E) OR, IN THE ALTERNATIVE, FOR CERTIFICATION FOR INTERLOCUTORY APPEAL PURSUANT TO 28 U.S.C. 1292(B)

Defendant, Southeastern Freight Lines, Inc. ("Southeastern"), moves pursuant to *Fed. R. Civ. P. 59(e)*, for reconsideration of This Honorable Court's Order of June 2, 2010 ("Order"), granting partial summary judgment in favor of Plaintiff, MI Windows and Doors, Inc. ("MIWD"), and denying Southeastern's motion for summary judgment, because of a clear error of law contained therein.

In the alternative, Southeastern moves This Honorable Court to certify and amend its Order for interlocutory appeal, pursuant to *28 U.S.C. § 1292(b)*, because the Order concerns a controlling question of law as to which there is a substantial ground for difference of opinion and an immediate appeal may materially advance the ultimate termination of the litigation.

In support thereof, Southeastern respectfully submits herewith its Memorandum of Law and requests oral argument on this Motion.

WHEREFORE, Southeastern requests that the Court grant this Motion reconsidering its Order of June 2, 2010 and thereby enter summary judgment in favor of Southeastern and against MIWD. Alternatively, Southeastern requests that the Court certify its Order for interlocutory appeal and stay all proceedings in this matter in the interim.

129671.00601/21888235v.1

Respectfully submitted,

**BLANK ROME LLP**

Dated: June 30, 2010

s/ *James J. Quinlan*

TODD A. SCHOENHAUS
Pa. I.D. #79716
JAMES J. QUINLAN
Pa. I.D. #200944
One Logan Square
130 North 18th Street
Philadelphia, PA 19103
(215) 569-5500

James R. Mall
Pa. I.D. #28320
Meyer, Unkovic & Scott LLP
1300 Oliver Building
Pittsburgh, PA 15222
(412) 456-2864

Attorneys for Defendant,
Southeastern Freight Lines, Inc.

AND NOW, THIS 6th DAY OF July, 10, IT IS HEREBY ORDERED THAT THE WITHIN MOTION IS DENIED.

_____
GARY L. LANCASTER,
UNITED STATES DISTRICT JUDGE