IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MI WINDOWS & DOORS, INC. | ) |
| Plaintiff, | ) |
| vs. | ) Civil Action No. 2:07-cv-01233-GLL |
| SOUTHEASTERN FREIGHT LINES, INC., | ) |
| Defendant. | ) |

## ORDER OF COURT

AND NOW, this 2nd day of June, 2011, based upon the stipulation of the parties, and the Court having been advised that this matter has been resolved, approves the settlement and hereby ORDERS that the above civil action is DISMISSED with prejudice, each party to bear their fees, costs and expenses, as more fully set forth in their executed Settlement Agreement and Release.

BY THE COURT

_____ C.J.